FILED

02/13/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

FILED

FEB 1 3 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

ORDER

Honorable Adam Larsen, Judge of the District Court for the Fourteenth Judicial District of the State of Montana, has requested the assistance of retired District Judge Randal Spaulding to assume jurisdiction of the following cause numbers in the Fourteenth Judicial District:

**Musselshell County**

DV-2024-17 Pitman v. Prangley
DV 2016-35 Barrett v. Gilreath

**Meagher County**

DV-2015-04 Schaeffer v. Anderson
DV-2020-12 Lesofski v. Tousley
DR-2015-09 Duncan v. Peak
DR-2021-01 Collins v. Collins

**Wheatland County**

DR-2022-05 Kenosky v. Neal
DR-2-14-02 Isom v. Isom

**Golden Valley**

DV-24-08 Hanson v. Cheshier and McCarthy

Judge Spaulding has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103(a) and (b), MCA, has

advised that he is agreeable to assisting the Fourteenth Judicial District Court with the above-listed matters.

IT IS HEREBY ORDERED:

1. Honorable Randal Spaulding, retired District Judge, is hereby called to active service in the District Court of the Fourteenth Judicial District of the State of Montana, to assume judicial authority of the following cause numbers:

**Musselshell County**

DV-2024-17  Pitman v. Prangley
DV 2016-35  Barrett v. Gilreath

**Meagher County**

DV-2015-04  Schaeffer v. Anderson
DV-2020-12  Lesofski v. Tousley
DR-2015-09  Duncan v. Peak
DR-2021-01  Collins v. Collins

**Wheatland County**

DR-2022-05  Kenosky v. Neal
DR-2-14-02  Isom v. Isom

**Golden Valley**

DV-24-08 Hanson v. Cheshier and McCarthy

and is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matters.

2. For all active service, Judge Spaulding shall be paid the salary compensation to which he is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

3. This Order is effective through June 30, 2025.

4. A copy of this Order shall be filed with the Clerks of Court for Musselshell, Meagher, Wheatland, and Golden Valley Counties, with the request that this Order be sent to all counsel of record in the above-listed matters.

2

5. A copy of this Order shall also be furnished to Judge Adam Larsen, Judge Randal Spaulding, and to Cathy Pennie, Office of the Supreme Court Administrator.

The Chief Justice enters this Order pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 13 day of February, 2025.

_____
Chief Justice

3